**Petition for Permission to Appeal Denied and Memorandum Opinion filed June 12, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00357-CV

---

### WILLIAM G. MARLIN, JR., Appellant

### V.

### VERIZON COMMUNICATIONS, INC., A DELAWARE CORPORATION, AND FUTURE TELECOM, LLC, A TEXAS LIMITED LIABILITY COMPANY, Appellees

---

### On Appeal from the 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2017-22334

---

## MEMORANDUM OPINION

Appellant William G. Marlin, Jr. filed with our court a petition for permissive interlocutory appeal seeking to reverse the trial court's April 18, 2018 granting a special exception to and striking a theory of damages pled by appellant.

To be entitled to a permissive appeal from an interlocutory order that is not

otherwise appealable, the requesting party must establish that the order "involves a controlling question of law as to which there is a substantial ground for difference of opinion" and allowing an immediate appeal "may advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code § 51.014(d); *see also* Tex. R. App. P. 28.3.

The petition fails to establish that the challenged order involves a controlling question of law as to which there is a substantial ground for difference of opinion. Accordingly, we deny the petition and dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.